UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X          Chapter    7

IN RE:    Alfredo J. Calderon

Case No.:

Debtor(s)                    **STATEMENT PURSUANT TO LOCAL RULE 2017**
-----------------------------------------------X

I**,** William P. Bonomo, an attorney admitted to practice in this Court, state:

1. That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

   Along with members of my staff, I consulted with the Debtor on no less than four occasions regarding the bankruptcy case generally, the options available to her, the collection efforts of creditors, the financial information pertinent to her case, the financial course requirements, the requirements of filing tax returns and payment advices, the need for complete and accurate disclosure of the information contained in the schedules and related documents, the debtor's pre-petition duties, the debtor's post-petition duties, whether the debtors qualified to file a bankruptcy case, and related issues.

   After my office prepared the petition and schedules, an attorney from my office spent thirty minutes reviewing the documents and records and consulting with the debtor to review the documents and discuss the meeting of creditors. Therefore, at my hourly rates of $350 an hour, the time spent preparing all of the documents in connection with this case and in consulting with the debtor exceeded the retainer paid to my firm.

3. That my firm will also represent the debtor(s) at the first meeting of creditors.

4. That all services rendered prior to the filing of the petition herein were rendered by my firm.

5. That my usual rate of compensation of bankruptcy matters of this type is $   **1,165.00**   .

Dated: July 11, 2019

/s/ William P. Bonomo
**William P. Bonomo**
Attorney for debtor(s)
**Law Office William P. Bonomo**
**3710 Kennedy Boulevard**
**Union City, NJ 07087**

**212-268-8484 Fax:888-321-1617**
**nyattybill@aol.com**