**United States Bankruptcy Court**
**Eastern District of New York**

In re   **Alfredo J. Calderon**                                                                       Case No.
Debtor(s)                                                  Chapter   **7**

# PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Alfredo J. Calderon**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☑ I have not been employed by any employer within the 60 days before the date of the filing of the petition. I am self-employed as a maintenance worker. My monthly earnings are $2,600. less operating expenses of $860.00. My monthly net income is $1,740.00

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date   **7/11/2019**                          Signature   **/s/ Alfredo J. Calderon**
                                                          **Alfredo J. Calderon**
                                                          Debtor